## TAYLOR v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 41, September Term, 1961.]

*Decided November 20, 1961.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

Application for leave to appeal is denied for the reasons stated by the court below.

*Application denied.*